IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LESTER EVELYN, et al.,

        Plaintiffs,                  No. CIV S-12-0154 KJM EFB

    vs.

CONTINENTAL SERVICE GROUP,
et al.,                           .              ORDER

        Defendants

_____/

        Plaintiffs filed their complaint on January 19, 2012, naming Continental Service Group, Inc., and Does 1 through 10 as defendants. ECF No. 2.

        The matter was originally set for status conference on May 31, 2012, but was continued at plaintiffs' request because of their failure to effect service on defendants. There is no indication that service has been made.

        Under Rule 4(m) of the Federal Rules of Civil Procedure, service on defendants must be made within 120 days of the filing of the complaint. Accordingly in the case plaintiffs should have served defendant no later than May 18, 2012. If a plaintiff does not show good cause for failure timely to effect service, the court has the discretion to dismiss the complaint. *Lemoge v. United States*, 587 F.3d 1188, 1198 (9th Cir. 2009).

1   IT IS THEREFORE ORDERED that:

2   1. The status conference set for June 28, 2012 is hereby vacated; and

3   2. Within seven days of the date of this order plaintiffs shall show cause why the
case should not be dismissed as the result of their failure to serve defendants.

DATED: June 26, 2012.

_____
UNITED STATES DISTRICT JUDGE